No. 6133. WILMOT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 6136. ALLEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6137. ADAMS v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 6138. WATKINS v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 6140. FRENCH v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 868. HARPER v. UNITED STATES. C. A. 1st Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 881. BARNES v. UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 895. FOWLER v. BOARD OF SUPERVISORS OF ELECTIONS OF PRINCE GEORGES COUNTY. Ct. App. Md. Motion to dispense with printing petition granted. Certiorari denied.

No. 869. CHRISTOPHER ET AL. v. E. I. DUPONT DE NEMOURS & Co., INC. C. A. 5th Cir. Certiorari denied. MR. JUSTICE HARLAN and MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 5867. MITCHELL v. GEORGIA. Sup. Ct. Ga. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.